No. 05–419.  CHAJKOWSKI v. BOSICK ET AL., *ante*, p. 1061;

No. 05–5980.  HESS v. KUNKLE ET AL., *ante*, p. 982; and

No. 05–6156.  JAMES v. 279 4TH AVENUE LLC ET AL., *ante*, p. 986.  Petitions for rehearing denied.  JUSTICE ALITO took no part in the consideration or decision of these petitions.

No. 05–7098.  BAKER v. DEPARTMENT OF JUSTICE, *ante*, p. 1054.  Petition for rehearing denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 04–8602.  MORGAN v. UNITED STATES, 544 U. S. 934.  Motion of petitioner for leave to file petition for rehearing denied.  JUSTICE ALITO took no part in the consideration or decision of this motion.

No. 05–5873.  MORALES v. MCKESSON HEALTH SOLUTIONS, LLC, *ante*, p. 947.  Motion of petitioner for leave to file petition for rehearing denied.

FEBRUARY 27, 2006

No. 05–535.  HIGGINS v. TYSON FOODS, INC.  C. A. 11th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ash* v. *Tyson Foods, Inc., ante*, p. 454 (*per curiam*).

No. 05A525.  ANDREWS v. GONZALES, ATTORNEY GENERAL, ET AL.  C. A. D. C. Cir.  Application to recall and stay the mandate, addressed to JUSTICE SCALIA and referred to the Court, denied.